**LIEBEL–FLARSHEIM, CO. and Mallinckrodt, Inc.,** Plaintiffs/Counterclaim Defendants–Appellants,

v.

**MEDRAD, INC.,** Defendant–Counterclaimant
Appellee.

v.

**Tyco Healthcare Group, LP,**
Counterclaim Defendant.

No. 06–1421.

United States Court of Appeals,
Federal Circuit.

Jan. 9, 2007.

Before LOURIE, RADER, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.